UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN RE:                                              CASE NO. 2:19-mj-00070

**Subject Premises located at 433 4-H Lake Road,
Daniels, Raleigh County, WV 25832**

## SEALED MOTION TO SEAL

Comes now the United States of America by Kathleen Robeson, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1. Order that the Search Warrant, Application and Affidavit for Search Warrant, all attachments thereto, and the Search Warrant Return remain under seal after the execution of the search and the filing of the return until further Order of this Court, in order to protect the ongoing investigation, and to protect the identity of certain individuals identified in the documents.

2. Order that this Motion be sealed.

                                Respectfully submitted,

                                MICHAEL B. STUART
                                United States Attorney

                                s/ Kathleen Robeson
                                KATHLEEN ROBESON
                                Assistant United States Attorney
                                VA State Bar No. 89526
                                300 Virginia Street, East
                                Room 4000
                                Charleston, West Virginia 25301
                                Telephone:  304-345-2200
                                Fax:  304-347-5104
                                E-mail: kathleen.robeson@usdoj.gov