AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

SEALED

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No.   2:19-mj-00070 |
| Subject Premises located at 433 4-H Lake Road, | ) |
| Daniels, Raleigh County, WV 25832 | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____Southern_____ District of _____West Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before *July 9, 2019* *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____Dwane L. Tinsley, United States Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____June 25, 2019 1:018 PM_____      _____
*Judge's signature*

City and state:      _____Charleston, West Virginia_____      Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-mj-00070 | Date and time warrant executed: 6/25/2019 1530 hrs. | Copy of warrant and inventory left with: Nataloe P. Cochran |
| Inventory made in the presence of: Corporal J. W. Gilkerson | | |
| Inventory of the property taken and name of any person(s) seized: *Printed inventory attached.* | | |

FILED

JUL - 3 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/1/2019

_____
Executing officer's signature

Lieutenant Timothy Bledsoe
Printed name and title |

ATTACHMENT A

Description of Premises at 433 4H Lake Road, Daniels, WV:

Residence located at 433 4H Lake Road, Daniels, Raleigh County, West Virginia. Real estate District 08 Shady Spring, Map 13 Parcel 32003, as found and described in Book 5021 Page 9018 as Surface Parcel A 4-H Lake Road (3.831 acres), and as recorded in the Raleigh County Clerk and Assessor Office.

Physical description described as a white two-story vinyl sided dwelling with green window shutters and green shingle roof. Dwelling has an attached two door garage and at least four detached outbuildings (enclosed gazebo, storage shed, metal outbuilding with garage door, and miniature house building). Property is surrounded by a white vinyl post and triple rail fence.

## Summary

| Field | Value | Field | Value |
|---|---|---|---|
| Parcel ID (Account) | 08 13003200030000 | Legal Description 2 | RD (3.831 AC) |
| Tax Year | 2019 | Legal Description 3 | |
| Neighborhood | 2000 | Year Built | 1970 |
| District | 08 Shady Spring | Total Rooms | 8 |
| Map | 13 | Bed Rooms | 4 |
| Parcel | 32 | Full Baths | 3 |
| Sub Parcel | 3 | Half Baths | |
| Special Id | | Additional Fixtures | 2 |
| Tax Class | Class 2 | Total Fixtures | 11 |
| Land Use | 101 Residential 1 Family | Heating | Central |
| Calculated Acres | 3.83 | Heating Fuel Type | Electricity |
| Property Class | Residential | Living Area (SF) | 2800 |
| Assessed Land | $ 48,360.00 | State | WV |
| Assessed Building | $ 133,200.00 | City | DANIELS |
| Mineral Value | $ 0.00 | Zip Code | 25832 |
| Homestead Value | $ 0.00 | Count | 2 |
| Total Assessed Value | $ 181,560.00 | Pricing Method | A |
| Owner's Name | COCHRAN MICHAEL B & | Total Acres | 3.83 |
| Owner's Mail Address | P O BOX 782 | Land Price | $ 80,560.00 |
| Owner's Mail Address | | Last Sale Price | $ 252,900.00 |
| Location | 433 4h Lake Rd | Last Sale Apr | $ 218,600.00 |
| Deed Book | 5021 | Sales Ratio | 0.86 |
| Location | | Sale Year | 2006 |
| Page | 9018 | Last Sale Date | 04/20/2006 |
| Homestead | | Price per SqFt | $ 90.32 |
| Street Name | 4H LAKE | Sales Ratio | 0.72 |
| Legal Description 1 | SUR PARCEL A 4-H LAKE | Appraisal per SqFt | $ 64.84 |

http://mapping.raleighcountyassessor.com/portal/full_summary.php?PAR
ID=08++13003200030000&TAXYR=2019











ATTACHMENT  B


All documents, correspondence, spreadsheets, or other such materials, whether in paper or electronic form pertaining to any federal contract for the following federal agencies or departments; Department of Defense, any state or federal law enforcement agencies, and or any state or federal government agency for Technology Management Solutions LLC dba TBS and Tactical Solutions Group LLC dba TSG (hereafter referred to as "the entities"), Natalie P. Cochran and Michael B. Cochran (hereafter referred to as "the individuals") for the period of January 1, 2017 to the present:

1.  All documents relating to any work performed for any federal or state agencies by Michael or Natalie Cochran or their entities, including:

   a.  Appointment calendars
   b.  Correspondence
   c.  Travel records and expense vouchers
   d.  Audits and related work papers
   e.  Financial records, including spreadsheets
   f.  Insurance policies and attendant papers

2.  All documents relating to the formation of the entities, and any amendments thereto including:

   a.  Articles of incorporation or organization
   b.  By Laws or operating agreement
   c.  Minute books
   d.  Stock or unit books
   e.  Stock or unit transfer records
   f.  Annual reports filed with the state of incorporation or organization

3.  All documents (including computer tapes or discs) summarizing annual, quarterly, monthly, weekly or daily financial performance of the entities, including:

   a.  Annual auditor's report
   b.  Annual financial statements, including:
      i.    Balance Sheets
      ii.   Statements of Operations (Profit & Loss Statements)
      iii.  Annual filings with the SEC or other federal or state agencies or regulatory bodies
   c.  Trial balances
   d.  Federal and state income tax returns and quarterly estimated tax returns
   e.  Sales tax returns

4.  Employment records, including:

a. Payroll journals
b. Annual recap of wages paid  (filed with the IRS)
c. All W-2s and Forms  1099s issued
d. All forms  940 and 941 filed
e. All state employment and unemployment returns filed
f. All checks, or other payment documents issued as salary, commission/bonus guaranteed partner payments or other earned income payments
g. All contracts or other agreements made or entered into by the entities.
h. Time card, sign in  sheets or other documents listing the identities of employees, hours worked, and/or payment.

5. Any and all correspondence, letters, faxes, email, files, or other documents reflecting telephone conversations, meetings, contracts, agreements or transactions to or from the entities.

6. Copies of all documents in books of original entry (including computer tapes or discs) containing entries reflecting any and all transactions of the entities including:

a. General ledgers
b. General journals
c. Summary journals, including:

i. Sales journals
ii. Purchase journals
iii. Cash receipts journals
iv. Cash disbursements journals

d. Invoices
e. Sales receipts  (or cash register tapes)
f. Purchase orders
g. Receiving reports
h. Inventory records
i. Expense Reports

7. Retained copies of all documents relating to  the entities' and individuals banking transactions, including:

a. All documents pertaining to all open or closed checking, savings, or other deposit or checking accounts held in the name of, for the benefit of, or under the control of the entities including:

i. Retained copies of signature cards
ii. Corporate board authorization minutes or partnership resolutions
iii. Bank statements
iv. Cancelled checks

     v.      Deposit tickets
     vi.     Retained copies of items deposited
     vii.    Retained copies of credit and debit memos
     viii.   Forms 1099, 1089, or back-up withholding documents

b.    All documents pertaining to open or closed bank loans or mortgage documents/ reflecting loans made to, co-signed by or made for the benefit of the entities and/or individuals, including:

     i.      Loan applications
     ii.     Corporate board authorization minutes or partnership resolutions
     iii.    Loan statements
     iv.    Documents (including checks, debit memos, cash receipts, wire transfer documents)
           reflecting the means by which loan repayments were made
     v.      Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the loan proceeds
     vi.     Copies of loan correspondence, including:
           (1)    Letters to the bank
           (2)    Letters from the bank
           (3)    Notes and memoranda to the file
     vii.    Collateral agreements and documents
     viii.   Credit reports
     ix.     Financial statements
     x.      Notes or other instruments reflecting the obligation to pay
     xi.     Real estate mortgages, chattel mortgages or other security instruments for loans
     xii.    Forms 1099, 1089 or back-up withholding documents
     xiii.   Loan amortization statements

c.    All documents relating to loans made by the entities and/or individuals, including:

     i.      Loan applications
     ii.     Members or directors authorizing resolutions or partnership resolutions
     iii.    Loan statements
     iv.    Documents (including bank checks, credit memos, wire transfer records) reflecting the means by which loan repayments were made; reflecting the means by which loan repayments were made
     v.      Documents (including bank checks, credit memos, wire transfer records) reflecting the disbursement of loan proceeds.

d.    All documents pertaining to Certificates of Deposit purchased or redeemed by or for the benefit of the entities and/ or individuals, including:

     i.      Copies of certificates

ii.   Corporate board authorization minutes or partnership resolutions

iii.  Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the means by which the CD was purchased

iv.   Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the proceeds of any negotiated CD

v.    Records reflecting interest earned, withdrawn or reinvested

vi.   Records reflecting roll-overs

vii.  Forms 1099, 1089 or back-up withholding documents.

e.   All documents pertaining to open or closed investment or security custodian accounts, IRA, Keogh, SEP or other retirement plans in the name of, for the benefit of, or under the control of the entities and/or individuals, including:

i.    Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the means by which the securities were purchased

ii.   Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the proceeds of any negotiated securities

iii.  Confirmation slips

iv.   Monthly statements

v.    Payment receipts

vi.   Safekeeping records and logs

vii.  Receipts for receipts or delivery of securities

viii. Forms 1099, 1098 or back-up withholding documents

f.   Bank correspondence files

g.   All documents pertaining to all cashier's, manager's, or bank checks, traveler's checks, or money orders purchased or negotiated by or on behalf of the entities, including:

i.    Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting the means by which the checks or money orders were purchased

ii.   Retained copies of documents (including bank checks, credit memos, wire transfer documents) reflecting disbursement of the proceeds of any negotiated checks or money orders

iii.  Applications for purchase of checks or money orders

iv.   Retained copies of checks or money orders

h.   All documents pertaining to wire transfers sent or received by or on behalf of the entities and/or individuals, including:

i.    Retained copies of Fed Wire, Swift or other money transfer or

        message documents

ii.     Documents (including checks,debit memos, cash receipts, wire transfer documents) reflecting the source of the funds wired out

iii.    Documents (including  bank checks, credit memos, wire transfer documents) reflecting the ultimate disposition of the funds wired in

iv.    Notes, memoranda or other writings pertaining to the sending or receipt of wire transfers

i.    All documents pertaining to current or expired safe deposit box rentals in the name of, for the benefit of, or under the control of the entities and/or individuals.

j.    All documents pertaining to open or closed bank credit cards in the name of, for the benefit of, or under the control of the entities and/or individuals, including:

    i.    Applications for credit
    ii.   Corporate board authorization minutes or partnership resolutions
    iii.  Retained copies of credit reports
    iv.  Monthly statements
    v.   Financial statements
    vi.  Charge tickets
    vii.  Documents (including checks, debit memos, cash receipts, wire transfer documents) reflecting payments on the account

8.    All records of payment of dividends, loans, salary, wages, distributions,and other disbursements from a) the entities to its officers,members, stockholders,and directors or relatives of any of the foregoing; and b) from any source to Natalie P. Cochran or Michael B. Cochran.

9.    Federal and state income tax returns and quarterly estimated tax returns, including Schedules K-1, and related work papers and supporting documents. IRS Forms 1040, 1065, 1120S, W-2, 1099 and W-2G and supporting schedules.

10.    All documents showing the entities and/or individuals purchase, ownership, lease (as lessor or lessee), or sale of any asset, personal or real.

11.    All documents reflecting any loan or gift made by any of the entities and/or individuals to someone other than its officer, member, stockholder, or director and/or to employees, stockholders and/or officers of the entities.

12.    All documents reflecting any loan or gift made to any of the entities by someone other than its officer, member, stockholder, or director and/or to employees, stockholders and/or officers of the entities.

13.    All documents showing calculations, additions, reductions, and contributions to capital accounts of members, including all records used for entries for

Schedule Ml and M2 on the Balance Sheets for the entities and for the Schedule K-1 of Forms 1120.

14.   All records relating to certified audits including audit reports, work papers, letters, correspondence, and financial statements.

15.   Any and all records of assets or liabilities held by the entities for clients or members, including bank account (savings or checking) statements, advices of deposits, advices of withdrawal, purchases, deeds, closing statements for purchase or sale of real property, deeds of trust, promissory notes, other lending documents, stock certificates, margin account statements, documents of margin advances and payments, signature cards for checking, savings and brokerage accounts, applications for margin accounts and loans.

16.   All correspondence to and from the entities' investors, clients, accountants, employees and contract labor, including e-mails.

17.   Records pertaining to the purchase of any vehicles and boats, or any motor vehicle including motorcycles and all-terrain vehicles. Deeds, titles and other documents related to the ownership, control or other interest in assets.

18.   Records pertaining to any aircraft and/or watercraft, including titles, contracts for purchase, sale and maintenance, expenses, income, lease payments, storage and related records and correspondence.

19.   Receipts, invoices, deposit tickets, bank statements, credit card statements and receipts, cancelled checks, check registers and receipts, money orders and receipts, traveler's checks and receipts, passbook savings account books, and wire transfer documents.

20.   Bank loan records, financial statements, loan payment histories, Investment records, stocks and bonds, and investment statements.

21.   Any and all contracts to which the entities or individuals are a party, including the solicitation of investors.

22.   Any and all firearms associated with the Cochrans, TMS or TSG

23.   Any and all records associated with the Cochrans', TMS' or TSG's Federal Firearms License (FFL).

24.   Notebooks or other paper documents reflecting hand written or typed information reflecting monetary amounts due to employees for services performed.

25.     Any sum of currency or financial instrument as well as any and all other proceeds of Wire Fraud, Mail Fraud and/or Bank Fraud or evidence of violations of the Bank Secrecy Act.

The above description of items to be seized includes all of the foregoing items of evidence in whatever form and by whatever means such materials, their drafts, or their modifications may have been created or stored any handmade form (such as writing), any photocopies, any mechanical form (such as printing or typing), any electrical, electronic, or magnetic form or data (such as any information on electronic or magnetic storage device or media, such as floppy diskettes, hard disks, CD/DVD, USB drives, or any other portable computer media) and any other form (such as photograph, printer buffer, video tape or magnetic audio tape).

In addition cellular telephones, tablets, computer hardware, software, documentation, passwords, data security devices, and data further described in the affidavit incorporated by reference into this search warrant, are also to be seized.

 **Inventory Listing of All Items Seized at Search Warrant Site**

| Site Address: | Report Date: | Starting Date and Time: |
|---|---|---|
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | USSS Case #: | Ending Date and Time: |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:** RESIDENCE OF NATALIE COCHRAN

**Item #:** 1    **Evidence Box:** EV1    **Room Name:** H - MASTER BEDROOM
**Where Found:** DESK BESIDE BED    **Quantity:** 1
**Serial #:**
**Description:** PAPER DOCUMENTS, $13.00, FLASH DRIVE

**Item #:** 2    **Evidence Box:** EV2    **Room Name:** H - MASTER BEDROOM
**Where Found:** CLOSET    **Quantity:** 1
**Serial #:**
**Description:** PAPER DOCUMENTS

**Item #:** 3    **Evidence Box:** EV3    **Room Name:** H - MASTER BEDROOM
**Where Found:** ROOM #8    **Quantity:** 1
**Serial #:**
**Description:** 2 TITLES

**Item #:** 4    **Evidence Box:** EV4    **Room Name:** H - MASTER BEDROOM
**Where Found:** ROOM 8    **Quantity:** 1
**Serial #:** F4TL3GCGF193
**Description:** BLACK IN COLOR APPLE IPAD

**Item #:** 5    **Evidence Box:** EV5    **Room Name:** H - MASTER BEDROOM
**Where Found:** DRESSER    **Quantity:** 1
**Serial #:**
**Description:** PAPER DOCUMENTS

**Item #:** 6    **Evidence Box:** EV6    **Room Name:** H - MASTER BEDROOM
**Where Found:** DESK LOWER LEFT DRAWER    **Quantity:** 1
**Serial #:**
**Description:** LETTER FROM SHOOTING SPORTS WHOLESALE

 **Inventory Listing of All Items Seized at Search Warrant Site**

| Site Address: | Report Date: | Starting Date and Time: |
|---|---|---|
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | USSS Case #: | Ending Date and Time: |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

Site Description:   RESIDENCE OF NATALIE COCHRAN

---

Item #:  7     Evidence Box:  EV7     Room Name:  L - MASTER BATHROOM
Where Found:   CLOSET                           Quantity:   1
Serial #:
Description:  PAPER DOCUMENTS

---

Item #:  8     Evidence Box:  EV8     Room Name:  H - MASTER BEDROOM
Where Found:   UNDER LEFT SIDE OF BED            Quantity:   1
Serial #:   38159295122
Description:  BLACK IN COLOR DELL LAPTOP

---

Item #:  9     Evidence Box:  EV9     Room Name:  D - KITCHEN
Where Found:   RIGHT CABINET ABOVE DESK          Quantity:   1
Serial #:   352020070074036
Description:  GRAY IPHONE

---

Item #:  10    Evidence Box:  EV10    Room Name:  D - KITCHEN
Where Found:   RIGHT CABINET ABOVE DESK          Quantity:   1
Serial #:   0138350006553568
Description:  WHITE IPHONE

---

Item #:  11    Evidence Box:  EV11    Room Name:  D - KITCHEN
Where Found:   RIGHT CABINET ABOVE DESK          Quantity:   1
Serial #:
Description:  BLACK IPHONE MODEL A1241

---

Item #:  12    Evidence Box:  EV12    Room Name:  D - KITCHEN
Where Found:   CENTER DRAWER OF DESK             Quantity:   1
Serial #:
Description:  MONEY LEDGER WITH BANK DOCUMENT

---

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:**   RESIDENCE OF NATALIE COCHRAN

---

**Item #:** 13   **Evidence Box:** EV13   **Room Name:** D - KITCHEN
**Where Found:**   CENTER DRAWER OF DESK   **Quantity:** 1
**Serial #:**
**Description:**   SIX (6) THUMB DRIVES

---

**Item #:** 14   **Evidence Box:** EV14   **Room Name:** B - LAUNDRY ROOM
**Where Found:**   TOP SHELF OF GUN CASE   **Quantity:** 1
**Serial #:**
**Description:**   3 DEEDS

---

**Item #:** 15   **Evidence Box:** EV15   **Room Name:** B - LAUNDRY ROOM
**Where Found:**   TOP SHELF OF GUN CASE   **Quantity:** 1
**Serial #:**
**Description:**   GRAY BINDER CONTAINING PAPER DOCUMENTS

---

**Item #:** 16   **Evidence Box:** EV16   **Room Name:** B - LAUNDRY ROOM
**Where Found:**   TOP SHELF OF GUN CASE   **Quantity:** 1
**Serial #:**
**Description:**   BLACK CLIPBOARD CONTAINING PAPER DOCUMENTS

---

**Item #:** 17   **Evidence Box:** EV17   **Room Name:** D - KITCHEN
**Where Found:**   ISLAND   **Quantity:** 1
**Serial #:**
**Description:**   FEDEX ENVELOPE

---

**Item #:** 18   **Evidence Box:** EV18   **Room Name:** D - KITCHEN
**Where Found:**   TOP LEFT DESK DRAWER   **Quantity:** 1
**Serial #:**
**Description:**   PAPER DOCUMENTS

---

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:** RESIDENCE OF NATALIE COCHRAN

---

**Item #:** 19   **Evidence Box:** EV19   **Room Name:** A - DEN OFF GARAGE
**Where Found:** CLOSET GUN SAFE                 **Quantity:** 1
**Serial #:** AMO83384
**Description:** MOSSBERG 935 12 GAUGE SHOTGUN

---

**Item #:** 20   **Evidence Box:** EV20   **Room Name:** A - DEN OFF GARAGE
**Where Found:** CLOSET GUN SAFE                 **Quantity:** 1
**Serial #:** SV93141
**Description:** SMITH & WESSON M&P

---

**Item #:** 21   **Evidence Box:** EV21   **Room Name:** A - DEN OFF GARAGE
**Where Found:** CLOSET GUN SAFE                 **Quantity:** 1
**Serial #:** L751579
**Description:** WINCHESTER 1200 12 GAUGE

---

**Item #:** 22   **Evidence Box:** EV22   **Room Name:** A - DEN OFF GARAGE
**Where Found:** CLOSET GUN SAFE                 **Quantity:** 1
**Serial #:** 13701153
**Description:** MARLIN 782 22 MG

---

**Item #:** 23   **Evidence Box:** EV23   **Room Name:** A - DEN OFF GARAGE
**Where Found:** CLOSET GUN SAFE                 **Quantity:** 1
**Serial #:** W190416U
**Description:** REMINGTON 870 20 GAUGE

---

**Item #:** 24   **Evidence Box:** EV24   **Room Name:** A - DEN OFF GARAGE
**Where Found:** CLOSET GUN SAFE                 **Quantity:** 1
**Serial #:** V395904V
**Description:** REMINGTON 870 12 GAUGE

---

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:**   RESIDENCE OF NATALIE COCHRAN

---

**Item #:**  25    **Evidence Box:** EV25    **Room Name:** A - DEN OFF GARAGE
**Where Found:**   BUILT IN    **Quantity:**   1
**Serial #:**   NE281791
**Description:**   NEW ENGLAND FIREARM

---

**Item #:**  26    **Evidence Box:** EV26    **Room Name:** A - DEN OFF GARAGE
**Where Found:**   BUILT IN    **Quantity:**   1
**Serial #:**   P140080
**Description:**   SAVAGE MODEL 24SE 22/20 GAUGE

---

**Item #:**  27    **Evidence Box:** EV27    **Room Name:** A - DEN OFF GARAGE
**Where Found:**   BUILT IN    **Quantity:**   1
**Serial #:**   NONE
**Description:**   STEVENS MODEL 311 12 GAUGE

---

**Item #:**  28    **Evidence Box:** EV28    **Room Name:** A - DEN OFF GARAGE
**Where Found:**   BUILT IN    **Quantity:**   1
**Serial #:**   00497041
**Description:**   BOLT ACTION RIFLE - UNKNOWN MAKE

---

**Item #:**  29    **Evidence Box:** EV29    **Room Name:** A - DEN OFF GARAGE
**Where Found:**   BUILT IN    **Quantity:**   1
**Serial #:**   NONE
**Description:**   BOLT ACTION RIFLE 511 - UNKNOWN MAKE

---

**Item #:**  30    **Evidence Box:** EV30    **Room Name:** A - DEN OFF GARAGE
**Where Found:**   BUILT IN    **Quantity:**   1
**Serial #:**   108785
**Description:**   DOUBLE BARREL 12 GAUGE SHOTGUN - UNKNOWN MAKE

---

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:** RESIDENCE OF NATALIE COCHRAN

**Item #:** 31    **Evidence Box:** EV31    **Room Name:** A - DEN OFF GARAGE
**Where Found:** BUILT IN        **Quantity:** 1
**Serial #:** 611310245997
**Description:** CONNECTICUT ALLEY ARMS - 50 CALIBER

**Item #:** 32    **Evidence Box:** EV32    **Room Name:** A - DEN OFF GARAGE
**Where Found:** BUILT IN        **Quantity:** 1
**Serial #:** 1384123
**Description:** WINCHESTER 22 CALIBER MODEL 190

**Item #:** 33    **Evidence Box:** EV33    **Room Name:** A - DEN OFF GARAGE
**Where Found:** BUILT IN        **Quantity:** 1
**Serial #:** NONE
**Description:** PARDNER MODEL SB1 20 GAUGE

**Item #:** 34    **Evidence Box:** EV34    **Room Name:** B - LAUNDRY ROOM
**Where Found:** GUN SAFE        **Quantity:** 1
**Serial #:** 94574
**Description:** UNKNOWN MAKE BOLT ACTION RIFLE

**Item #:** 35    **Evidence Box:** EV35    **Room Name:** B - LAUNDRY ROOM
**Where Found:** GUN SAFE        **Quantity:** 1
**Serial #:** 3480013
**Description:** SAGINAL SG 30 CAL

**Item #:** 36    **Evidence Box:** EV36    **Room Name:** B - LAUNDRY ROOM
**Where Found:** GUN SAFE        **Quantity:** 1
**Serial #:** 69443902
**Description:** RUGER AMERICAN 243

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:**   RESIDENCE OF NATALIE COCHRAN

**Item #:**  37      **Evidence Box:**  EV37      **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE                    **Quantity:**   1
**Serial #:**   167841
**Description:**   ENCORE 209 50 MAG

**Item #:**  38      **Evidence Box:**  EV38      **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE                    **Quantity:**   1
**Serial #:**   4907688
**Description:**   MOSSBERG 510 14 CAL

**Item #:**  39      **Evidence Box:**  EV39      **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE                    **Quantity:**   1
**Serial #:**   NONE
**Description:**   UNKNOWN BOLT ACTION RIFLE

**Item #:**  40      **Evidence Box:**  EV40      **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE                    **Quantity:**   1
**Serial #:**   21732358
**Description:**   RUGER MARK 2 22 CAL

**Item #:**  41      **Evidence Box:**  EV41      **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE                    **Quantity:**   1
**Serial #:**   MAG57109
**Description:**  BARBARA 300 WIN

**Item #:**  42      **Evidence Box:**  EV42      **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE                    **Quantity:**   1
**Serial #:**   52292
**Description:**   REMINGTON 721 30-06

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:**  RESIDENCE OF NATALIE COCHRAN

---

**Item #:**  43    **Evidence Box:**  EV43    **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE    **Quantity:**  1
**Serial #:**  69114673
**Description:**  RUGER AMERICAN 270

---

**Item #:**  44    **Evidence Box:**  EV44    **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE    **Quantity:**  1
**Serial #:**  01166P2126
**Description:**  BROWNING 22

---

**Item #:**  45    **Evidence Box:**  EV45    **Room Name:**  B - LAUNDRY ROOM
**Where Found:**  GUN SAFE    **Quantity:**  1
**Serial #:**  3777
**Description:**  BOLT ACTION - UNKNOWN MAKE

---

**Item #:**  46    **Evidence Box:**  EV46    **Room Name:**  D - KITCHEN
**Where Found:**  METAL CONTAINER ON DESKTOP    **Quantity:**  1
**Serial #:**
**Description:**  PAPER DOCUMENTS

---

**Item #:**  47    **Evidence Box:**  EV47    **Room Name:**  D - KITCHEN
**Where Found:**  BOTTOM LEFT DESK DRAWER    **Quantity:**  1
**Serial #:**
**Description:**  PAPER DOCUMENTS

---

**Item #:**  48    **Evidence Box:**  EV48    **Room Name:**  D - KITCHEN
**Where Found:**  CABINET ABOVE DOUBLE STOVE    **Quantity:**  1
**Serial #:**
**Description:**  PAPER DOCUMENTS

---

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:**   RESIDENCE OF NATALIE COCHRAN

**Item #:**  49    **Evidence Box:** EV49    **Room Name:** D - KITCHEN
**Where Found:**  ISLAND                                    Quantity:   1
**Serial #:**
**Description:**  PAPER DOCUMENTS

**Item #:**  50    **Evidence Box:** EV50    **Room Name:** N - GARAGE
**Where Found:**   COBRA GLOVE BOX                          Quantity:   1
**Serial #:**
**Description:**  INSURANCE / REGISTRATION CARD

**Item #:**  51    **Evidence Box:** AF1    **Room Name:** N - GARAGE
**Where Found:**   GARAGE BAY                               Quantity:   1
**Serial #:**   AE9BMAAH8H1MT1098
**Description:**  1965 COBRA ROADSTER - WV REG GUNRUNR

**Item #:**  52    **Evidence Box:** AF2    **Room Name:** N - GARAGE
**Where Found:**   GARAGE BAY                               Quantity:   1
**Serial #:**  9C6CE22Y5H001
**Description:**  2017 YAMAHA MOTORCYCLE

**Item #:**  53    **Evidence Box:** AF3    **Room Name:** S - YARD
**Where Found:**   BACK YARD                                Quantity:   1
**Serial #:**   16VDX122XE5068547
**Description:**  2014 BIGTEX TRAILER WV REG - C362771

**Item #:**  54    **Evidence Box:** AF4    **Room Name:** P - SMALL OUTBUILDING IN BACKYA
**Where Found:**   IN OUTBUILDING                           Quantity:   1
**Serial #:**  9C6CG2840H0016654
**Description:**  2017 YAMAHA TTR230 MOTORCYCLE

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:**   RESIDENCE OF NATALIE COCHRAN

**Item #:**  55      **Evidence Box:**  AF5      **Room Name:** Q - LARGE METAL BUILDING
**Where Found:**  INSIDE BUILDING                                    **Quantity:**   1
**Serial #:**   BNSVFE92XJF410893
**Description:**   2018 POLARIS 218VFE92 ATV

**Item #:**  56      **Evidence Box:**  EV51      **Room Name:** D - KITCHEN
**Where Found:**  REFRIGERATOR                                    **Quantity:**   1
**Serial #:**
**Description:**   10ML HUMALOG IN GLASS VIAL

**Item #:**  57      **Evidence Box:**  AF6      **Room Name:** G - LIVING ROOM
**Where Found:**  ON COUCH                                    **Quantity:**   1
**Serial #:**
**Description:**   BACKDRAFT RACING MANUAL CONTAINING VEHICLE TITLE AND RELATED
DOCUMENTATION FOR A 65 REPLICA COBRA

**Item #:**  58      **Evidence Box:**  EV53      **Room Name:** T - SILVER GMC YUKON DENALI
**Where Found:**  IN VEHICLE                                    **Quantity:**   1
**Serial #:**   1GK52HKJ4KR196146
**Description:**   PAPER DOCUMENTS

**Item #:**  59      **Evidence Box:**  XXX      **Room Name:** P - SMALL OUTBUILDING IN BACKYA
**Where Found:**  IN OUTBUILDING                                    **Quantity:**   1
**Serial #:**
**Description:**   DELETED ITEM

**Item #:**  60      **Evidence Box:**  EV54      **Room Name:** F - ENTRY
**Where Found:**  COAT RACK                                    **Quantity:**   1
**Serial #:**   NONE
**Description:**   LOUIS VUITON HAND BAG

 **Inventory Listing of All Items Seized at Search Warrant Site**

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 433 4-H ROAD | 06/25/2019 | 06/25/2019 05:32:41 PM |
| DANIELS, WEST VIRGINIA 25832 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-813-15466 | 06/25/2019 08:07:20 PM |

**Site Description:** RESIDENCE OF NATALIE COCHRAN

**Item #:** 61 **Evidence Box:** EV55 **Room Name:** T - SILVER GMC YUKON DENALI
**Where Found:** PASSENGER SEAT **Quantity:** 1
**Serial #:** NONE
**Description:** LOUIS VUITON HAND BAG

**Item #:** 62 **Evidence Box:** EV56 **Room Name:** U - ON THE PERSON OF FEMALE SU
**Where Found:** ON THE PERSON **Quantity:** 1
**Serial #:** F9HVL3UUJC6M
**Description:** PINK IPHONE 8

**Item #:** **Evidence Box:** **Room Name:**
**Where Found:** **Quantity:**
**Serial #:**
**Description:**

**Item #:** **Evidence Box:** **Room Name:**
**Where Found:** **Quantity:**
**Serial #:**
**Description:**

**Item #:** **Evidence Box:** **Room Name:**
**Where Found:** **Quantity:**
**Serial #:**
**Description:**

**Item #:** **Evidence Box:** **Room Name:**
**Where Found:** **Quantity:**
**Serial #:**
**Description:**